Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORGAN, <br><br> Plaintiff, <br><br> v. <br><br> CORELOGIC, INC., FRANK MARTELL, W. STEVE ALBRECHT, DOUGLAS C. CURLING, JOHN C. DORMAN, PAUL F. FOLINO, WENDY LANE, CLAUDIA FAN MUNCE, PAMELA H. PATENAUDE, VIKRANT RAINA, J. MICHAEL SHEPHERD, JAYNIE MILLER STUDENMUND, and HENRY W. WINSHIP, <br><br> Defendants. | Case No. 8:21-cv-00581 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Anthony Morgan ("Plaintiff") voluntarily dismisses the claims

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  April 29, 2021                                   **WEISSLAW LLP**

By: /s/ Joel E. Elkins

Joel E. Elkins
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348
            -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Attorneys for Plaintiff*